AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
          Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| BOBBY ALLAN FURR | Case No.   6:12CR60008-001 |
|  | USM No.   11017-010 |
|  | Anna Williams |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted the following violation(s) of the term of supervision: Use of controlled substances, Standard Condition Nos. 2 and 6, and Special Condition No. 2.

X   was found in violation of the following count(s) after denial of guilt: New Law Violation.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Offender provided a urine sample on 10/16/2015 which subsequently tested positive for methamphetamine. | 10/16/2015 |
| Two | Offender signed an admission form wherein he admitted to the use of methamphetamine on the following dates: 9/12/2015; and 10/1/2015. | 10/1/2015 |
| Three | Offender failed to report for substance abuse testing on the following dates: 6/19; 10/2; and 11/2, all of 2015. | 11/2/2015 |

The defendant is sentenced as provided in pages 2 through   5   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated the following count(s) and is discharged as to the following:

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec. No.:  8796 | August 26, 2016 |
|---|---|
|  | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1978 |  |
|  | /s/ Susan O. Hickey |
| City and State of Defendant's Residence: | Signature of Judge |
| Lonsdale, AR |  |
|  | Honorable Susan O. Hickey, United States District Judge |
|  | Name and Title of Judge |
|  | August 29, 2016 |
|  | Date |

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 1A

Judgment—Page __2__ of __5__

DEFENDANT: BOBBY ALLAN FURR
CASE NUMBER: 6:12CR60008-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Four | Offender failed to report to the probation office as directed for his monthly office visit during November 1st - 5th, 2015 as required. | 11/5/2015 |
| Five | After quitting his employment at Pro Window and Door in Little Rock, Arkansas on or about 9/1/2015, the offender failed to notify the probation office of this change, as required, until 10/5/2015. | 10/5/2015 |
| Six | Offender moved from his residence of record prior to 6/10/2015 without prior notification to the probation office. | 06/22/2015 |
| Seven | The offender failed to report for substance abuse treatment at DaySpring, Inc., Hot Springs, Arkansas, as directed by the probation office. | 10/26/2015 |
| Eight | Offender was arrested and charged with Possession of a Controlled Substance (a class D felony) and fleeing (a class C misdemeanor) on or about 6/30/2016, which are currently pending cases in Garland County, Arkansas, Circuit Court (Dkt. No. CR-2016-441-IV). | 06/30/2016 |

DEFENDANT: BOBBY ALLAN FURR
CASE NUMBER: 6:12CR60008-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : fifteen (15) months with credit for time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: BOBBY ALLAN FURR
CASE NUMBER: 6:12CR60008-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   one (1) year

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if

☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: BOBBY ALLAN FURR
CASE NUMBER: 6:12CR60008-001

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall submit his personal, residence, place of employment, and vehicle to a search conducted by the United States Probation Office at a reasonable time and in a reasonable manner based upon reasonable suspicion of evidence of violation of any condition of supervised release.  The defendant shall warn any other residents that their premises may be subject to search pursurant to this condition.  Failure to submit to a search may be grounds for revocation.

2) In addition to the mandatory drug testing requirements, the defendant shall comply with any referral deemed appropriate by the U. S. Probation Officer for inpatient or outpatient evaluation, treatment, counseling or testing for substance abuse.

3) The defendant shall attend and complete and anger management program as directed by the probation officer.